**Law Offices of**
**TIMMONS, OWEN & OWEN, Inc.**
ALLEN J. OWEN, (SBN 89043)
1401 21st Street, Suite 400
Sacramento, CA 95814
Telephone:   (916) 444-0321
Facsimile:   (916) 444-8723

**WILCOXEN CALLAHAN MONTGOMERY & DEACON**
DANIEL E. WILCOXEN, (SBN 054805)
E. S. DEACON, (SBN 127638)
2114 K Street
Sacramento, California 95816
Telephone:   (916) 442-2777
Facsimile:   (916) 442-4118

Attorneys for Plaintiff PETRA ALVAREZ

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PETRA ALVAREZ, | CASE NO:   2:07-CV-2188-FCD-DAD |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE EXPERT DISCLOSURE (FRCP 26 (a)(1)) |
| v. | |
| GAINEY TRANSPORTATION SERVICES, INC., a Michigan Corporation, THOMAS ROBERT RUTTER, and DOE 1 through DOES XX, inclusive | |
| Defendants. | |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO that the Federal Rule of Civil Procedure 26(a)(1) Expert Disclosure be continued from September 29, 2008 to October 20, 2008 and the Supplemental Expert Disclosure also be continued from October 20, 2008 to November 3, 2008.

DATED: September 10, 2008.          WILCOXEN CALLAHAN
                                     MONTGOMERY & DEACON

                            By:   /s/E. S. Deacon
                                  E.S. (TED) DEACON (SBN 127638)
                                  Attorneys for Plaintiff, PETRA ALVAREZ

DATED: September 9, 2008.           SNYDER LAW

1

STIPULATION AND ORDER TO CONTINUE EXPERT DISCLOSURE (FRCP 26 (a)(1))

By:   /s/Berry C. Snyder
BERRY CLIFFORD SNYDER (SBN 062844)
Attorneys for Defendant, GAINEY TRANSPORTATION SERVICES, INC.,
and THOMAS ROBERT RUTTER

## **ORDER**

The Court, having considered the Stipulation to Continue Expert Disclosure and finding good cause to grant the Stipulation to Continue Expert Disclosure as follows:

That the currently scheduled Expert Disclosure date of September 29, 2008, be continued to October 20, 2008 and the Supplemental Expert Disclosure also be continued from October 20, 2008 to November 3, 2008

IT IS SO ORDERED.

DATED: September 10, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE