1
2
3
4
5
6
7                                  UNITED STATES DISTRICT COURT
8                                  EASTERN DISTRICT OF CALIFORNIA
9  PETRA ALVAREZ,
10                                                         NO. 2:07- cv-2188 FCD/DAD
           Plaintiff,
11
      v.                                                   **ORDER RE: SETTLEMENT AND**
12                                                         **DISPOSITION**
13 GAINEY TRANSPORTATION SERVICES,
   INC., et. al.,
14
           Defendants.
15 _____/

16     Pursuant to the representation of the plaintiff, in the above action, the court has

17 determined that this case has settled.

18     In accordance with the provisions of Local Rule 16-160, dispositional documents are to

19 be filed on or before **December 5, 2008**.  If the parties are unable to meet this deadline,

20 plaintiff's counsel shall contact the Courtroom Deputy for further instructions.  All

21 dates/hearings set in this matter, to include any pending motions, are hereby VACATED.

22     **FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE**

23 **IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY**

24 **PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

25     **IT IS SO ORDERED**.

26 Dated: October 17, 2008

27
28                                              _____
                                                FRANK C. DAMRELL, JR.
                                                UNITED STATES DISTRICT JUDGE